1   KERRY L. MIDDLETON, *Pro Hac Vice*
    kmiddleton@littler.com
2   LITTLER MENDELSON, P.C.
    80 S. 8th St.; Ste 1300
3   Minneapolis, MN 55402
    Telephone:    612.313.7647
4   Facsimile:    612.630.9626

5   KRISTIN E. HUTCHINS, Bar No. 184429
    khutchins@littler.com
6   LITTLER MENDELSON, P.C.
    333 Bush Street, 34th Floor
7   San Francisco, CA  94104
    Telephone:    415.433.1940
8   Facsimile:    415.399.8490

9   ROBERT W. LOFTON, Bar No. 201795
    rlofton@littler.com
10  LITTLER MENDELSON, P.C.
    2050 Main Street
11  Suite 900
    Irvine, California  92614
12  Telephone:    949.705.3000
    Facsimile:    949.724.1201

13
    Attorneys for Defendant
14  CAMBRIA COMPANY LLC

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19  RUSSELL MILLER,                      Case No.  3-17-CV-06970 MMC (SK)

20          Plaintiff,                   ASSIGNED TO THE
                                         HONORABLE MAXINE M. CHESNEY
            v.

21  CAMBRIA COMPANY LLC., a              **STIPULATION AND [~~PROPOSED~~]**
22  Minnesota limited liability company; and   **ORDER RE: DISMISSAL WITH**
    DOES 1 through - 50, Inclusive,      **PREJUDICE**
23
            Defendants.
24
                                         Complaint Filed:  November 4, 2017
25                                       Trial Date:       April 29, 2019

26

27

28

LITTLER MENDELSON, P.C.
    2050 Main Street
    Suite 900
   Irvine, CA  92614
   949.705.3000

CASE NO. 3-17-CV-06970 MMC          1.        STIPULATION AND [PROPOSED] ORDER RE:
                                              DISMISSAL WITH PREJUDICE

The Parties to the above-entitled action, Plaintiff Russell Miller and Defendant Cambria Company LLC, jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice of all claims and as to all defendants in the above-captioned matter.

Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order. Each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: March 7, 2019                          Respectfully submitted,

_/s/ Cynthia Sun_
CHRISTOPHER ADISHIAN
CYNTHIA SUN
**ADISHIAN LAW GROUP, P.C.**
Attorneys for Plaintiff
RUSSELL MILLER

Dated: March 7, 2019

_/s/ Kerry L. Middleton_
KERRY L. MIDDLETON
KRISTEN E. HUTCHINS
ROBERT W. LOFTON
**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
CAMBRIA COMPANY LLC

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

CASE NO. 3-17-CV-06970 MMC

2.

STIPULATION AND [PROPOSED] ORDER RE:
DISMISSAL WITH PREJUDICE

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear their own fees and costs.

Dated: ___March 7, 2019___, 2019

_Maxine M. Chesney_
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000